LAW OFFICE OF
# JESSE M. SIEGEL
The Woolworth Building
233 Broadway, Suite 707
New York, New York 10279

(Tel) 212-207-9009
(Fax) 212-732-1339

JesseMSiegel@aol.com

February 3, 2016

**BY ECF**

Hon. Laura Taylor Swain, District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *United States v. Fields, et al (Raheem Stewart)*, 13 Cr. 271 (LTS).

Dear Judge Swain:

      As counsel to Raheem Stewart, a defendant in the above matter, I request that sentencing, currently scheduled for February 11th at 11:00 a.m., be adjourned about three weeks, to a date convenient to the Court on or after March 2nd.

      On November 20th, the Court authorized me to retain Dr. N.G. Berrill to examine Mr. Stewart and prepare a report in anticipation of sentencing. Dr. Berrill examined Mr. Stewart on December 21st. He has not yet finished his report, although I understand it will be forthcoming shortly.

      The adjournment requested will allow me to forward Dr. Berrill's report to the Court with my sentencing memorandum on behalf of Mr. Stewart and address its findings in my memo. It will also allow me to file and serve my memorandum and the report at least two weeks before sentencing, as required by the Court's rules.

      The government, by A.U.S.A. Justina Geraci, consents to this application.

      Thank you for your attention.

                                Very truly yours,

                                /s/
                              Jesse M. Siegel